**VILBIG MOTOR FREIGHT LINES, Inc., v. Frank RENDL.**

**No. 7528.**

Court of Civil Appeals of Texas. Austin. Nov. 12, 1930.

Rehearing Denied Dec. 10, 1930.

Collins & Houston, of Dallas, for appellant.

Crager & Dickey, of Ballinger, for appellee.

BAUGH, J.

This is a companion case to that of Vilbig Motor Freight Lines, Inc., v. E. T. Jenness (Tex. Civ. App.) 34 S.W.(2d) 684. Our former opinion reversing and remanding this case, with instructions, is withdrawn, and in accordance with the opinion this day filed in Vilbig Motor Freight Lines, Inc., v. Jenness, and for the reasons therein stated, this memorandum opinion is substituted therefor, and the judgment of the trial court is affirmed.

Affirmed.

**VILBIG MOTOR FREIGHT LINES, Inc., v. Clarence MAREK.**

**No. 7529.**

Court of Civil Appeals of Texas. Austin. Nov. 12, 1930.

Rehearing Denied Dec. 10, 1930.

Collins & Houston, of Dallas, for appellant.

Crager & Dickey, of Ballinger, for appellee.

BAUGH, J.

This is a companion case to that of Vilbig Motor Freight Lines, Inc., v. E. T. Jenness (Tex. Civ. App.) 34 S.W.(2d) 684. Our former opinion reversing and remanding this case, with instructions, is withdrawn, and in accordance with the opinion this day filed in Vilbig Motor Freight Lines, Inc., v. Jenness, and for the reasons therein stated, this memorandum opinion is substituted therefor, and the judgment of the trial court is affirmed.

Affirmed.

**CAMERON et al. v. EARNEST et al.**

**No. 8540.**

Court of Civil Appeals of Texas. San Antonio. Nov. 5, 1930.

Rehearing Overruled Jan. 21, 1931.

